UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

FILED

OCT 14 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
GREGORY HILL, )
Defendant. )

26-cr-491-ZMB/RHH

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

On or about September 30, 2026, in the City of St. Louis City, within the Eastern District of Missouri,

**GREGORY HILL,**

the Defendant herein, did knowingly escape from Dismas House, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri upon the felony conviction in Case No. 4:22-CR-00644-SEP(1).

In violation of Title 18, United States Code, Sections 751(a).

A TRUE BILL

FOREPERSON

THOMAS C. ALBUS
United States Attorney

NAUMAN WADALAWALA, #65252MO
Assistant United States Attorney